## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THERAPEUTICSMD, INC.,**<br><br>       **Plaintiff,**<br><br>   v.<br><br>**TEVA PHARMACEUTICALS USA, INC.,**<br><br>       **Defendant.** | **Case No. 20–cv–03485–BRM–ESK**<br><br><br>**PRETRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court pursuant to Rule 16 of the Federal Rules of Civil Procedure, and the parties having reviewed the Court's Civil Case Management Order and Local Rules, and for good cause shown,

**IT IS** on this   **30th** day of **July 2020**   **ORDERED** that:

1.     A telephone status conference is scheduled for **October 27, 2020 at 2:00 p.m.** before Magistrate Judge Edward S. Kiel.   The parties shall file a joint letter, at least three business days before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

2.     Discovery shall proceed as set forth in Exhibit A to this Order.


   */s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES MAGISTRATE JUDGE**

**Exhibit A**

| Event | Deadline |
|---|---|
| Fed. R. Civ. P. 26(f) Conference | July 16, 2020 |
| Proposed Joint Discovery Plan | July 27, 2020 |
| Initial scheduling conference before Magistrate Judge Edward S. Kiel | July 30, 2020 at 3:30 p.m. |
| Teva's answer and counterclaims in 20-8809 Action | August 5, 2020 |
| Plaintiffs' reply to Teva's counterclaims in 20-8809 | August 19, 2020 |
| Fed. R. Civ. P. 26(a) Initial Disclosures | August 26, 2020 |
| Plaintiff to serve "Disclosure of Asserted Claims" (L. Pat. R. 3.6(b)) | August 26, 2020 |
| Parties to submit Proposed Discovery Confidentiality Order (L. Pat. R. 2.2) | August 13, 2020 |
| E-Discovery conference pursuant to L. Civ. R. 26.1(d) | August 13, 2020 |
| Defendant to serve "Invalidity Contentions" and "Noninfringement Contentions" and corresponding disclosures (L. Pat. R. 3.6(c)-(f)) | September 25, 2020 |
| Plaintiff to serve "Disclosure of Infringement Contentions" and "Responses to Invalidity Contentions" and corresponding documents (L. Pat. R. 3.6(g)-(i)) | November 9, 2020 |
| Parties to exchange a list of claim terms which that party contends should be construed by the Court (L. Pat. R. 4.1(a)) | November 23, 2020 |
| Parties to simultaneously exchange "Preliminary Claim Constructions" and identification of supporting intrinsic and extrinsic evidence (L. Pat. R. 4.2(a)-(b)) | December 8, 2020 |
| Parties to exchange identification of intrinsic and extrinsic evidence that each party intends to rely upon to oppose the other party's proposed construction (L. Pat. R. 4.2(b)-(c)) | December 15, 2020 |
| Parties shall meet and confer for the purposes of narrowing the issues and finalizing preparation of a Joint Claim Construction and Prehearing Statement. | December 18, 2020 |
| Parties to file Joint Claim Construction and Prehearing Statement (L. Pat. R. 4.3) | December 22, 2020 |
| Completion of fact discovery relating to claim construction (L. Pat. R. 4.4) | January 29, 2021 |

| | |
|---|---|
| Parties to file Opening *Markman* Submissions (L. Pat. R. 4.5(a)) | February 19, 2021 |
| Completion of Expert Discovery Relating to Opening *Markman* Submissions (L. Pat. R. 4.5(b)) | March 19, 2021 |
| Parties to file Responsive *Markman* Submissions (L. Pat. R. 4.5(c)) | April 16, 2021 |
| Parties to meet and confer and submit proposed Claim Construction Hearing schedule (L. Pat. R. 4.6) | April 23, 2021 |
| Motions to amend or to add parties to be filed by | April 30, 2021 |
| *Markman* Hearing | May 2021 |
| Close of Fact Discovery | August 13, 2021 |
| Opening Expert Reports | September 17, 2021 |
| Responsive Expert Reports | November 5, 2021 |
| Reply Expert Reports | December 10, 2021 |
| Close of Expert Discovery | February 18, 2020 |
| Final Pre-trial Conference | March/April 2022 |
| Trial | March/April 2022 |
| Expiration of 30-month stay | August 20, 2022 |