

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

January 22, 2021

**VIA ECF**

The Honorable Edward S. Kiel, U.S.M.J.
United States Post Office & Courthouse
2 Federal Square
Newark, NJ 07101-0999

  Re:  *TherapeuticsMD, Inc. v. Teva Pharmaceuticals USA, Inc.*
     Civil Action No. 20-3485 (BRM)(ESK) (consolidated)

Dear Judge Kiel:

  This firm, together with Haug Partners LLP, represents Plaintiff TherapeuticsMD, Inc. ("TherapeuticsMD") in the above-captioned matter. We write on behalf of all parties in advance of the January 27, 2021 telephone status conference (ECF No. 55) to advise the Court that: (i) fact discovery is proceeding according to the schedule set forth in ECF No. 51; (ii) there are no pending motions before the Court; and (iii) the parties would like to address the following issues with Your Honor:

- The feasibility of the current schedule in view of certain regulatory developments brought to TherapeuticsMD's attention on January 6, 2021.

- Defendant Teva Pharmaceuticals USA, Inc.'s contemplated application to amend its October 9, 2020 invalidity contentions under L. Pat. R. 3.7.

  Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: Counsel of Record (via e-mail and ECF)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP