**SAUL EWING ARNSTEIN & LEHR** LLP

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

May 27, 2021

**VIA ECF**

The Honorable Edward S. Kiel, U.S.M.J.
United States Post Office & Courthouse
2 Federal Square
Newark, NJ 07101-0999

   Re: *TherapeuticsMD, Inc. v. Teva Pharmaceuticals USA, Inc.*
      Civil Action No. 20-3485 (BRM)(ESK) (consolidated)

Dear Judge Kiel:

  This firm, together with Haug Partners LLP, represents TherapeuticsMD, Inc. ("TherapeuticsMD") in the above-referenced matter.

  We write to respectfully request a one-week extension, from May 27 until June 4, 2021, for the parties to submit a proposed claim construction hearing schedule to the Court. We have been communicating with counsel for Teva regarding potential hearing dates, but, in light of the upcoming holiday, we require some additional time to confer with our client. We have conferred with counsel for Teva, and they consent to this request. The other scheduled dates in the Court's December 9, 2020 Order (D.I. 51) will remain unchanged. If this meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

  Thank you for Your Honor's kind attention to this matter.

                  Respectfully yours,

                  *William C. Baton*

                  William C. Baton

cc: All counsel (via e-mail)

SO ORDERED:

_____
Hon. Edward S. Kiel, U.S.M.J.

One Riverfront Plaza, Suite 1520  Newark, NJ 07102-5426  Phone: (973) 286-6700  Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP