

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1014
lwalsh@walsh.law

June 10, 2021

**VIA ECF**
Honorable Brian Martinotti, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *TherapeuticsMD, Inc. v. Teva Pharmaceuticals USA, Inc.*,
        Civil Action No. 20-3485 (BRM)(ESK) (consolidated)

Dear Judge Martinotti:

This firm, together with Winston & Strawn LLP, represents Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in the above referenced matter. We write on behalf of Teva and with the consent of Plaintiff to respectfully request that the *Markman* hearing currently scheduled for July 14, 2021 (DE No. 109) be adjourned and rescheduled due to a scheduling conflict for counsel for Teva. If the requested adjournment is acceptable to Your Honor, the parties have met and conferred regarding proposed alternative dates and are available on July 19, 20, and 21 for a rescheduled *Markman* hearing. Teva is also available the remainder of the week of July 19th as well as the entirety of the week of July 26th.

If the requested adjournment is acceptable and Your Honor is available on one of the proposed dates, we respectfully request that this correspondence be "So Ordered" below with the selected date and time and entered on the docket. Of course, if Your Honor is not available on any of these proposed dates the parties will confer and provide additional proposed dates.

We thank the Court for its consideration. Should Your Honor or Your Honor's staff have any questions, we are always available.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: All counsel of record (via ECF and email)

Honorable Brian Martinotti, U.S.D.J.
June 10, 2021
Page 2

**The *Markman* hearing currently scheduled for July 14, 2021 at 9:30 am (DE No. 109) is hereby adjourned and rescheduled to July \_\_\_, 2021 at _____ am/pm.**

                   **SO ORDERED.**

                   _____
                   **Hon. Brian Martinotti, U.S.D.J.**