UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   BRIAN R. MARTINOTTI      Date: 06/16/2021
Court Reporter:   Megan McKay Soule      Civil No: 2:20-3485

Title of the Case:

THERAPEUTICSMD, INC.,
v.
 TEVA PHARMACEUTICALS, USA, INC.,
 ET AL

Appearances:

William Baton, Edgar Haug, Andrew Wasson, Attorneys for Plaintiff
William Walsh, Jr., Christine Gannon, Michael Nutter, Kurt Mathus, Attorneys for Defendant

**Nature of Proceedings**:

Telephone conference held
Markman Hearing set 07/19/21 @ 10:00 am

                                      Lissette Rodriguez, Courtroom Deputy
                                      to the Honorable Brian R. Martinotti. USDJ

Time Commenced: 10:00 am
Time Concluded:   10:10 am