**SAUL EWING ARNSTEIN & LEHR** LLP

Sarah A. Sullivan
Phone: (973) 286-6728
Fax: (973) 286-6828
sarah.sullivan@saul.com
www.saul.com

August 9, 2021

**VIA ECF**

The Honorable Edward S. Kiel, U.S.M.J.
United States Post Office & Courthouse
2 Federal Square
Newark, NJ 07101-0999

  Re: *TherapeuticsMD, Inc. v. Teva Pharmaceuticals USA, Inc.*
    Civil Action No. 20-3485 (BRM)(ESK) (consolidated)
    Civil Action No. 20-8809 (BRM)(ESK)
    Civil Action No. 20-11087 (BRM)(ESK)
    Civil Action No. 20-17496 (BRM)(ESK)

    *TherapeuticsMD, Inc. v. Teva Pharmaceuticals USA, Inc., et al*
    Civil Action No. 21-12794 (BRM)(ESK)

Dear Judge Kiel:

  This firm, together with Haug Partners LLP, represents TherapeuticsMD, Inc. ("TherapeuticsMD") in the above-referenced matters.

  We write on behalf of all parties to respectfully request an extension, until August 27, 2021, to file the motions to seal the Stipulations and [Proposed] Orders filed by Defendants on July 26, 2021 and entered by the Court on July 27, 2021. *See* D.I. 118 and 119 in C.A. No. 20-3485; D.I. 19 in C.A 20-8809; D.I. 20 in C.A. 20-11087; D.I. 17 in C.A. 20-17496; and D.I. 12 and 13 in C.A. No. 21-12794. Pursuant to L. Civ. R. 5.3(c)(2), these motions to seal are due today. The parties, however, require some additional time to confer on the motions to seal. Accordingly, if this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the respective dockets.

  Thank you for Your Honor's kind attention to these matters.

              Respectfully yours,

              */s/ Sarah A. Sullivan*

              Sarah A. Sullivan

cc: All counsel (via e-mail)

One Riverfront Plaza, Suite 1520  Newark, NJ 07102-5426  Phone: (973) 286-6700  Fax: (973) 286-6800

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Edward S. Kiel, U.S.M.J.
August 9, 2021
Page 2

SO ORDERED:

_____
Hon. Edward S. Kiel, U.S.M.J.