William C. Baton

Phone: (973) 286-6722

Fax: (973) 286-6822

wbaton@saul.com

www.saul.com

**SAUL EWING**

**ARNSTEIN**

**& LEHR** LLP

August 26, 2021

**VIA ECF**

The Honorable Edward S. Kiel, U.S.M.J.
United States Post Office & Courthouse
2 Federal Square
Newark, NJ 07101-0999

Re:     *TherapeuticsMD, Inc. v. Teva Pharmaceuticals USA, Inc.*
        Civil Action No. 20-3485 (BRM)(ESK) (consolidated)
        Civil Action No. 20-8809 (BRM)(ESK)
        Civil Action No. 20-11087 (BRM)(ESK)
        Civil Action No. 20-17496 (BRM)(ESK)

        *TherapeuticsMD, Inc. v. Teva Pharmaceuticals USA, Inc., et al*
        Civil Action No. 21-12794 (BRM)(ESK)

Dear Judge Kiel:

This firm, together with Haug Partners LLP, represents TherapeuticsMD, Inc. ("TherapeuticsMD") in the above-referenced matters.

We write on behalf of all parties to respectfully request an extension, until September 15, 2021, to file the motions to seal the Stipulations and [Proposed] Orders filed by Defendants on July 26, 2021 and entered by the Court on July 27, 2021.  *See* D.I. 118 and 119 in C.A. No. 20-3485; D.I. 19 in C.A 20-8809; D.I. 20 in C.A. 20-11087; D.I. 17 in C.A. 20-17496; and D.I. 12 and 13 in C.A. No. 21-12794.  Pursuant to Your Honor's August 10, 2021 Orders (*see, e.g.*, D.I. 121 in C.A. No. 20-3485), these motions to seal are due tomorrow.  The parties, however, require some additional time to prepare the motions to seal.  The parties have conferred and request the Court's approval for the following schedule:

1.  September 1, 2021 - Teva serves (does not file) on TherapeuticsMD its opening brief in support of its motion to seal, supporting certification, proposed order and proposed findings of fact and conclusions of law, and redaction index (without TherapeuticsMD's objections),

2.  September 8, 2021 - TherapeuticsMD serves (does not file) on Teva its opposition brief, supporting certification (if any), alternative proposed order and proposed findings of fact and conclusions of law, and redaction index (containing ThereapeuticsMD's stated objections),

Hon. Edward S. Kiel, U.S.M.J.
August 26, 2021
Page 2

3.  September 13, 2021 - Teva serves (does not file) on TherapeuticsMD its reply brief and a final proposed order and proposed findings of fact and conclusions of law on September 13, and

4.  September 15, 2021 - Teva files a consolidated motion to seal, which shall include the parties' briefs, certifications, competing proposed orders and proposed findings of fact and conclusions of law, and the redactions index (containing TherapeuticsMD's stated objections).

Accordingly, if this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the respective dockets.

Thank you for Your Honor's kind attention to these matters.

Respectfully yours,

William C. Baton

cc:     All counsel (via e-mail)

SO ORDERED:

_____
Hon. Edward S. Kiel, U.S.M.J.