

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 22, 2026

**VIA ELECTRONIC FILING**
Honorable Stacey D. Adams, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:    ***TherapeuticsMD, Inc. v. Teva Pharmaceuticals USA, Inc., et. al***
>          **Civil Action No. 20-3485 (BRM)(SDA) (consolidated)**

Dear Judge Adams:

This firm, together with Winston Taylor LLP, represents Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in connection with the above consolidated matter. We write on behalf of all parties to request permission to take two expert depositions after the close of expert discovery and a modest extension to the deadline to submit the Joint Proposed Final Pretrial Order.

The close of expert discovery is on July 22, 2026, and the current deadline to submit the Joint Proposed Final Pretrial Order is August 27, 2026. *See* Dkt. Nos. 205 and 233. To accommodate the schedule of the parties and Plaintiffs' experts Dr. David Taft and Dr. Lisa Rohan, the parties have agreed, subject to Your Honor's authorization, to take Dr. Taft's deposition on July 28, 2026 and Dr. Rohan's deposition on August 19, 2026. To accommodate the timing of the depositions, the parties respectfully request a modest one-week extension of the deadline to submit the Joint Proposed Final Pretrial Order, moving that deadline from August 27, 2026, to September 3, 2026.

The parties appreciate the Court's consideration of this request. If the timing of the depositions and the extension of the deadline for the submission of the Joint Proposed Final Pretrial Order is acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket.

The parties further note that the Final Pretrial Conference date has not been scheduled and respectfully request that Your Honor set the Final Pretrial Conference for day between September 15 and September 18, 2026 at a time that is convenient for Your Honor. If those dates are not convenient for the Court, the parties can confer and propose alternative dates.

As always, we thank the Court for its attention to this matter, and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

Honorable Stacey D. Adams, U.S.M.J.
July 22, 2026
Page 2

Respectfully submitted,


*s/ Liza M. Walsh*
Liza M. Walsh


cc: All Counsel of Record (via ECF)


**SO ORDERED:**


_____
**Honorable Stacey A. Adams, U.S.M.J.**