SAUL EWING LLP

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

October 16, 2026

**VIA ECF**

The Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
Frank R. Lautenberg U.S. Post Office &
Courthouse Building
2 Federal Square
Newark, New Jersey 07101

Re: *TherapeuticsMD, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*
Civil Action No. 20-3485 (BRM)(SDA) (consolidated)

Dear Judge Martinotti:

This Firm, together with Haug Partners LLP, represents Plaintiffs TherapeuticsMD, Inc. and Mayne Pharma LLC (together, "Plaintiffs") in the above-captioned matter.

We are pleased to inform the Court that the Plaintiffs and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") have reached an amicable resolution of this matter. Accordingly, enclosed for Your Honor's consideration is a Stipulation and Order of Dismissal, which—subject to the Court's approval—would dismiss Plaintiffs' case against the Teva. If the proposed Order meets with the Court's approval, we respectfully request that Your Honor sign it and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

William C. Baton

William C. Baton

Enclosure

cc: Hon. Stacey D. Adams, U.S.M.J. (via ECF)
All Counsel (via email)