**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THERAPEUTICSMD, INC. and MAYNE PHARMA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action Nos. 20-3485 (BRM)(SDA) and 24-7974 (BRM)(SDA) (consolidated)<br><br>**(Filed Electronically)** |

**STIPULATION AND ORDER OF DISMISSAL**

This action for patent infringement having been brought by Plaintiffs TherapeuticsMD, Inc. and Mayne Pharma LLC (collectively, "Mayne") against Defendant Teva Pharmaceuticals USA, Inc. ("Teva"),

Pursuant to Fed. R. Civ. P. 41, Mayne and Teva by and through their undersigned counsel, hereby stipulate, that:

1. All claims, counter-claims, and defenses asserted by Mayne are dismissed with prejudice;

2. All claims, counter-claims, and defenses asserted by Teva are dismissed without prejudice, and

3. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby.

s/ William C. Baton
William C. Baton
Alexander L. Callo
SAUL EWING LLP
650 College Rd. East, Suite 4000
Princeton, NJ 08540-6603
(973) 286-6722
wbaton@saul.com
alexander.callo@saul.com

*Of Counsel*:

Edgar H. Haug
Nicholas F. Giove
Andrew S. Wasson
Camille Turner
HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY 10151

*Attorneys for Plaintiffs TherapeuticsMD, Inc. and Mayne Pharma LLC*

s/ Liza M. Walsh
Liza M. Walsh
Christine I. Gannon
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

*Of Counsel*:

Kurt A. Mathas
WINSTON TAYLOR LLP
400 North La Salle Drive
Chicago, Illinois 60654

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

SO ORDERED

Dated: October 19, 2026

Brian R. Martinotti